862

No. 288. GREAT AMERICAN INDEMNITY CO. v. SALTZ-MAN. C. A. 8th Cir. Certiorari denied. *E. L. McHaney, Jr.* and *James M. McHaney* for petitioner. *Thomas B. Tinnon* for respondent.

No. 290. WILLIE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. Wray Gill* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 305. ESTATE OF GODLEY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Allen S. Hubbard* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

No. 307. DRAPER & CO., INC. v. COMMODITY CREDIT CORP. C. A. 1st Cir. Certiorari denied. *Edward C. Park* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.

No. 310. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Don Eastvold,* Attorney General of Washington, and *Harold A. Pebbles,* Special Assistant Attorney General, for petitioner. *Solicitor General Sobeloff* and *Assistant Attorney General Morton* for the United States.

No. 317. GREENVILLE AVENUE STATE BANK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *William L. Storey* for petitioner. *Solicitor General Sobeloff, Assist-*

ant Attorney General *Olney,* Beatrice *Rosenberg* and *Joseph A. Barry* for the United States.

No. 323. ASSINIBOINE INDIAN TRIBE *v.* UNITED STATES. Court of Claims. Certiorari denied. *Louis A. Gravelle, Raymond N. Beebe, Adrien F. Busick* and *Delmar W. Holloman* for petitioner. Solicitor General *Sobeloff,* Assistant Attorney General *Morton* and *Fred W. Smith* for the United States.

No. 324. GOODY *v.* RAXOR CORPORATION ET AL. Supreme Court of New York, County of New York. Certiorari denied. *Abraham M. Lowenthal* and *Malcolm S. Mason* for petitioner.

No. 325. INSURANCE COMPANY OF NORTH AMERICA *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert B. Ely, III* for petitioner. Solicitor General *Sobeloff,* Assistant Attorney General *Burger, Gray Thoron* and *Samuel D. Slade* for the United States.

No. 327. S. KLEIN ON THE SQUARE, INC. *v.* LIONEL CORPORATION. Court of Appeals of New York. Certiorari denied. *Sidney A. Diamond* and *Murray Gartner* for petitioner. *Harry A. Gottlieb* for respondent.

No. 328. BROWNELL, ATTORNEY GENERAL, ET AL. *v.* ROTH. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Solicitor General *Sobeloff* for petitioners. *J. Albert Woll, Herbert S. Thatcher* and *James A. Glenn* for respondent.